# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

FILED
Jul 22 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ danielles DEPUTY

| | |
|---|---|
| James V. Rocco and Shara Ann Rocco<br>*Plaintiff*<br>v.<br>Brian Cralle<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 10--CV-124-KKC<br><br>**16 MC 0794** |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 01/03/2011.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7/15/16

CLERK OF COURT

*Laura Capezzuto*

*Signature of Clerk or Deputy Clerk*

Eastern District of Kentucky
FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CIVIL ACTION NO. 10-CV-124-KKC

JAN 03 2011

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

JAMES V. ROCCO AND SHARA ANN ROCCO                    PLAINTIFFS

v.                    **DEFAULT JUDGMENT**

BRIAN CRALLE                                          DEFENDANT

\* \* \* \* \*

Before the Court is Plaintiffs' Motion for Default Judgment against the Defendant. The Complaint in the pending matter (DE #1) was filed by the Plaintiffs on April 8, 2010. The Complaint seeks payment under a Promissory Note in the principal amount of $75,259.60, as of March 9, 2010, plus costs and interest thereon, and rent in the amount of $8,000.00, plus interest thereon at the statutory rate of twelve (12%) percent per annum, as allowed by KRS 360.040.

The Court's jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. §1332 in that the Plaintiffs are both citizens of the Commonwealth of Kentucky and the Defendant is a citizen of the State of California. The amount in controversy exceeds the sum or value specified by 28 U.S.C. §1332. Venue is proper pursuant to U.S.C. §1391(a)(2) because a substantial part of the events or omissions giving rise to the claims set forth in the Complaint occurred within the Eastern District of Kentucky.

5426983                                1

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By: Laura Capozzuto
Date: 7/15/16

The Court exercised personal jurisdiction over the Defendant in accordance with KRS 454.210.

In support of the Motion, Plaintiffs tendered the Affidavit of Plaintiffs' counsel. Additionally, the record in the pending matter reveals that summons was returned executed by the Kentucky Secretary of State and thereafter via certified mail to the Defendant, Brian Cralle, who was served on April 19, 2010 (DE #3). The Answer in the pending matter was due May 10, 2010 (DE #3).

The Clerk has filed an Entry of Default (DE #10) against the Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Based upon the Affidavit of Plaintiffs' counsel, and the matters of record, the Court specifically finds as follows:

1. That the Court has jurisdiction of the pending matter pursuant to 28 U.S.C §1332 in that the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000.00.

2. The venue is proper in the pending matter pursuant to 28 U.S.C. §1391(a)(2) because a substantial part of the events or omissions giving rise to the claims set forth in the Complaint (DE #1) occurred within the Eastern District of Kentucky.

3. The Defendant failed to file a responsive pleading or Answer or otherwise appear before the Court and defend the matters presented by the Complaint (DE #1).

4. The Complaint and summons were served, in compliance with KRS 454.210, by serving a copy of the summons and Complaint upon the Secretary of State and that the Secretary of State thereafter served summons upon the Defendant (DE #3).

5. That the Affidavit of Plaintiffs' counsel establishes the amounts due pursuant to the claims set forth in the Complaint (DE #1), as follows:

| | |
|---|---|
| Principal amount due under Promissory Note: | $75,259.60 |
| Interest due under the Promissory Note through December 20, 2010: | $5,308.16 |
| Costs: | $2,792.84 |
| Rent: | $8,000 |

Based upon the foregoing findings and failure of Defendant to respond to the allegations set forth in the Complaint, and the Court being otherwise sufficiently advised,

Default Judgment is hereby entered in favor of the Plaintiffs against Defendant in the amount of $91,360.60 as of December 20, 2010, plus per diem interest of $18.56 from and including December 21, 2010, until entry of Judgment, and thereafter at the statutory rate of twelve (12%) percent per annum, as allowed by KRS 360.040, until this Judgment is satisfied.

There being no just cause for delay, this is a final and appealable Judgment.

Dated this ___3___ day of ___January___, 201_1_.

*Karen Caldwell*
HON. KAREN K. CALDWELL
U.S. DISTRICT JUDGE